# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on November 1, 2013

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| ISAAC WILLIAMS, | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1951 |
| Defendant. | : | (Interference with Interstate Commerce |
| | : | by Robbery) |
| | : | 18 U.S.C. § 924(c)(1)(A) |
| | : | (Using, Carrying, Possessing a Firearm |
| | : | During a Crime of Violence) |
| | : | 22 D.C. Code §§ 2801, 4502 |
| | : | (Armed Robbery) |
| | : | 22 D.C. Code § 4504(b) |
| | : | (Possession of a Firearm During a Crime |
| | : | of Violence or Dangerous Offense) |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | 18 U.S.C. § 1956(a)(1)(B)(i) |
| | : | (Laundering of Monetary Instruments) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 924(d); § 981(a)(1)(C); |
| | : | § 982(a)(1); 21 U.S.C. § 853(p); and |
| | : | 28 U.S.C. § 2461 |

## **I N D I C T M E N T**

The Grand Jury charges that:

### **COUNT ONE**

On or about July 21, 2010, in the District of Columbia, the defendant, **ISAAC WILLIAMS**, did unlawfully obstruct, delay and affect commerce as that term is defined in Title

18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that defendant **ISAAC WILLIAMS** and other individuals both known and unknown to the Grand Jury did unlawfully take and obtain $38,120 in United States currency belonging to Pendum, from the presence of employees located at 500 12th Street, S.E., Washington, D.C., against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person, while the employees were engaged in commercial activities as an employees of Pendum, a business that was engaged in and that affects interstate commerce.

      (**Interference with Interstate Commerce by Robbery**, in violation of Title 18, United States Code, Sections 1951)

## COUNT TWO

On or about July 21, 2010, within the District of Columbia, defendant **ISAAC WILLIAMS**, did unlawfully and knowingly use, carry, and brandish, during and in relation to, and possess a firearm in furtherance of, a crime of violence, for which he may be prosecuted in a court of the United States, that is Interference with Interstate Commerce by Robbery, as alleged in Count Two of this Indictment.

      (**Using, Carrying, and Possessing a Firearm During a Crime of Violence**, in violation of Title 18, United States Code, Section 924(c)(1)(A))

## COUNT THREE

On or about July 21, 2010, within the District of Columbia, defendant **ISAAC WILLIAMS**, while armed with a firearm, by force and violence, against resistance and by putting in fear, stole and took from the person and from the immediate actual possession of Andrew McPherson, an employee of Pendum, property of value belonging to Andrew McPherson, an employee of Pendum, consisting of a firearm.

(**Armed Robbery**, in violation of 22 D.C. Code, Sections 2801, 4502 (2001 ed.))

## COUNT FOUR

On or about July 21, 2010, within the District of Columbia, defendant **ISAAC WILLIAMS** did possess a firearm while committing the crime of armed robbery as set forth in Count Three of this indictment.

(**Possession of a Firearm During a Crime of Violence or Dangerous Offense**, in violation of 22 D.C. Code, Section 4504(b) (2001 ed.))

## COUNT FIVE

On or about July 21, 2010, within the District of Columbia, defendant **ISAAC WILLIAMS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case Number 9969-75, did unlawfully and knowingly receive and possess a firearm, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT SIX

Between on or about July 22, 2010 and July 27, 2010, within the District of Columbia and the State of Maryland, and elsewhere, defendant **ISAAC WILLIAMS** did conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, that is, the purchase of a 1998 Ford Expedition motor vehicle, with vehicle identification number 1FMPU18L4WLA77612, which involved the proceeds of a specified unlawful activity, that is, Interference with Commerce by Threats of Violence, in violation of Title 18, United States Code, Section 1951(a), knowing that the transactions were designed in whole or in part to conceal and disguise the nature and source of the proceeds of said specified unlawful activity. **ISAAC WILLIAMS** knew that the property involved in these financial transactions represented the proceeds of some form of unlawful activity.

(**Laundering of Monetary Instruments**, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i))

## FORFEITURE ALLEGATION

1. Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c). The United States will also seek a forfeiture money judgment against the defendant in the amount of at least $38,120.

2. Upon conviction of the offenses alleged in Counts Two and/or Five of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses.

3.      Upon conviction of the offense alleged in Count Six, the defendant shall forfeit to the United States any property, real or personal, involved in this offense, or any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1). The property subject to forfeiture includes: a 1998 Ford Expedition motor vehicle, with vehicle identification number 1FMPU18L4WLA77612. The United States will also seek a forfeiture money judgment against the defendant in the amount of at least $3,190.00.

4.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a)     cannot be located upon the exercise of due diligence;

    (b)     has been transferred or sold to, or deposited with, a third party;

    (c)     has been placed beyond the jurisdiction of the Court;

    (d)     has been substantially diminished in value; or

    (e)     has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture,** pursuant to Title 18, United States Code, Sections 924(d)(1), 981(a)(1)(C), 982(a)(1); Title 21, United States Code, Section 853(p) and Title 28, United Sates Code, Section 2461(c))

                                         A TRUE BILL:

                                         FOREPERSON

Attorney of the United States in
and for the District of Columbia